IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PERRY MCGOWAN, JR.**                                                                 **PLAINTIFF**
ADC #168143

v.                         CASE NO. 3:22-CV-00075-BSM

**LESLIE MASON,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE